# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN OSCAR, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-1800 |
| v. | : | (JUDGE MANNION) |
| WARDEN, USP-ALLENWOOD, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Oscar's petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. Petitioner's subsequent motions for injunctive relief (Docs. 24, 27-29) and motions for release (Docs. 26, 31, 32), based on the above captioned petition, are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 6, 2020**
19-1800-01-Order