**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEAN OSCAR,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:19-1800** |
| **v.** | : | **(JUDGE MANNION)** |
| **WARDEN, USP-ALLENWOOD,** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The Petitioner's motion for reconsideration of this Court's May 6, 2020 Memorandum and Order is (Doc. 43) is **DENIED**.

2. The Petitioner's motions to reopen (Docs. 35, 36), and motion to compel vacate (Doc. 41) are **DENIED**.

3. The Petitioner's motion for injunctive relief, in which he seeks immediate release (Doc. 38), motion for production of documents (Doc. 45), Motion of Addendum (Doc. 47) and Motion for a Second Addendum are **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATE: August 24, 2020**
19-1800-02-Order